IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JERRI LEIGH JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:08cv0743 |
| v. ) | |
| ) | |
| SWIFT TRANSPORT CO. et al ) | |
| ) | |
| Defendants. ) | |

## MOTION TO PLACE EXHIBIT 3 TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT UNDER SEAL

Defendant Swift Transportation Co.,[1] by and through counsel, hereby files its Motion seeking the permission of the Court to place Exhibit 3 to Defendant's Motion for Summary Judgment under seal. The exhibit contains information required to be redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure. While some of the information protected under Rule 5.2 was redacted, the undersigned defense counsel inadvertently failed to redact other information in accordance with the Rule and, as such, respectfully requests that the exhibit be filed under seal.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Court grant Defendant's Motion to place Exhibit 3 to Defendant's Motion for Summary Judgment under seal.

---

[1] While Plaintiff has named Swift Medical Team and Swift Training as Defendants, these do not exist as corporate entities.

1

Respectfully submitted,

**WEINTRAUB STOCK, P.C.**

By: /s/ Carrie Kinsella
Jeff Weintraub (#9686)
Carrie Kinsella (#25958)
Attorneys for Defendant
1715 Aaron Brenner Drive Suite 512
Memphis, Tennessee  38120
(901) 526-0431 – telephone
(901) 526-8183 – facsimile
jeffw@weintraubstock.com
ckinsella@weintraubstock.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system and placed sent a copy by U.S. Mail, postage pre-paid, to the Plaintiff, Jerri Leigh Jackson, 1239 South Brook Street, Apartment 1, Louisville, KY 40202.

/s/ Carrie Kinsella
Carrie Kinsella