# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JERRI LEIGH JACKSON,       )
                               )
         Plaintiff,       )
                               )
      v.                 )       **No. 3:08-0743**
                               )       **Judge Echols**
SWIFT TRANSPORT, et al.,       )
                               )
         Defendants.       )

## ORDER

For the reasons explained in the accompanying Memorandum, the Court enters the following rulings:

(1) The Report and Recommendation (Docket Entry No. 189) which recommends denial of Plaintiff's Motion for Summary Judgment (Docket Entry No. 145) is hereby ACCEPTED and APPROVED and Plaintiff's Objections thereto (Docket Entry No. 204) are hereby OVERRULED;

(2) The Report and Recommendation (Docket Entry No. 214) which recommends that Defendants' Motion for Summary Judgment (Docket Entry No. 186) be granted is hereby ACCEPTED and APPROVED and Plaintiff's Objections thereto (Docket Entry No. 223) are hereby OVERRULED;

(3) Plaintiff's Motion for Summary Judgment (Docket Entry No. 145) is hereby DENIED;

(4) Defendants' Motion for Summary Judgment (Docket Entry No. 186) is hereby GRANTED;

(5) Plaintiff's Complaint against Defendants is hereby DISMISSED WITH PREJUDICE; and

(6) Plaintiff's "Motion to Compel Sealments" (Docket Entry No. 222) is hereby DENIED.

Entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE